## Commonwealth ex rel. Schweigert, Appellant, *v.* Schweigert.

Argued December 7, 1973. *Louis Sager,* with him *Sager and Sager,* for appellant; *Arthur L. Jenkins, Jr.,* with him *Smith, Aker, Grossman, Hollinger and Jenkins,* for appellee.

Appeal quashed.

SPAULDING, J., absent.

## Commonwealth ex rel. Thompson *v.* Thompson, Appellant.

Argued September 19, 1973. *E. J. O'Halloran,* with him *O'Halloran, Stack and Smith,* for appellant; *B. Jerome Shane,* for appellee.

Order affirmed.

SPAULDING, J., absent.